*NO JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE HILL PROPERTIES, LA, | No. CV 12-10942-GW (CWx) |
| Plaintiff, | **PARTIAL JUDGMENT** |
| v. | |
| TRAVELERS EXCESS AND SURPLUS LINES COMPANY, | |
| Defendant. | |

Defendant Travelers Excess and Surplus Lines Company's Motion for Partial Summary Judgment ("Motion") was heard on January 6, 2014. This Court issued a Tentative Ruling prior to oral argument. For reasons stated in the Tentative Ruling - which was adopted as the Court's Final Ruling on January 7, 2014 (except as noted in the Minute Order of January 7, 2014 - Docket No. 54) - and as further explained during the January 6, 2014 hearing, the Defendant's Motion was granted in part and denied in part. As to the portion of the motion which was granted, the Court issues the following Partial Judgment.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is granted in favor of Defendant and against Plaintiff Carnegie Hill Properties, LA as to the causes

of action for bad faith and punitive damages, except that the motion is denied as to Plaintiff's bad faith and punitive damages causes of action based upon an alleged failure to pay extra expense claims.

Dated: This 17th day of January, 2014.

                                                          _____
                                                                    GEORGE H. WU
                                                             United States District Judge