**JS-6**

1  MARJIE D. BARROWS (SBN 122129)
   MATTHEW S. PONZI (*Admitted Pro Hac Vice*)
2  RENEE M. PETERS (SBN 184061)
   EDWARD P. MURPHY (SBN 182778)
3  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
   2000 Powell Street, Suite 900
4  Emeryville, CA  94608
   Telephone:  (510) 740-1500
5  Facsimile:   (510) 740-1501
   Email:       mbarrows@fgppr.com
6                mponzi@fgppr.com
                 rpeters@fgppr.com
7                emurphy@fgppr.com

8  Attorneys for Defendant
   **TRAVELERS EXCESS**
9  **AND SURPLUS LINES COMPANY**

10 ANTHONY L. CANNON (SBN: 162986)
   ROBERT W. NELMS (SBN: 118695)
11 DEBRA K. COOK (SBN: 250114)
   CANNON & NELMS, P.C.
12 160 South Old Springs Road, Suite 200
   Anaheim, CA 92808
13 Telephone:  (714) 637-4400
   Facsimile:   (714) 637-4444
14 Email:       tcannon@cannonnelms.com
                rnelms@cannonnelms.com
15              dcook@cannonnelms.com

16 Attorneys for Plaintiff
   **CARNEGIE HILL PROPERTIES, LA**

17

18              **UNITED STATES DISTRICT COURT**

19              **CENTRAL DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| CARNEGIE HILL PROPERTIES, LA, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS EXCESS AND SURPLUS LINES COMPANY, a Connecticut corporation, and DOES 1-10,<br><br>Defendants | **CASE NO. CV 12-10942-GW(CWx)**<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**The Honorable George H. Wu**<br><br>[Rule 41(a)(2), Fed. R.Civ.P.] |

-1-
**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**;   Case No. CV 12-10942-GW(CWx)

# ORDER

Based on the Parties' stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice and each side to bear its own costs.

DATED: March 21, 2014

_____
George H. Wu

UNITED STATES DISTRICT JUDGE